# Order

Michigan Supreme Court
Lansing, Michigan

June 26, 2007

133407

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ESTATE OF ANTON DREW GEIL,
Deceased, THERESA M. GEIL, and
FREDERICK C. GEIL, Individually
and as Next Friend of Connor G. Geil
and Celeste A. Geil, Minors,
            Plaintiffs-Appellees,

v

GRATA, a/k/a GRAND RAPIDS AREAS
TRANSIT AUTHORITY, a/k/a
INTERURBAN TRANSIT PARTNERSHIP,
a/k/a THE RAPID, CARRIE JEAN
SANDERS, and CITY OF WYOMING,
            Defendants,

and

KENT COUNTY ROAD COMMISSION,
            Defendant-Appellant.

SC: 133407
COA: 263532
Kent CC: 04-005185-NI

_____/

      On order of the Court, the application for leave to appeal the January 30, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

_____
Clerk

l0618